UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL GRESHAM,

    Plaintiff,

v.

UNKNOWN PETERSON, et al.,

    Defendants.
_____/

Case No. 2:09-cv-231
HON. R. ALLAN EDGAR

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 9, 2010. The Report and Recommendation was duly served on the parties. The Court has received objections from plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

Plaintiff objects to the recommendation that his motion for injunctive relief should be denied. Petitioner argues that "IMAX Officials" other than defendants are retaliating against him and that at "least a call to the Facility by clerk to order MDOC to cease the retaliatory conduct" should be made. Petitioner also asserts bias by Magistrate Judge Greeley because "he has sided with MDOC."

Plaintiff's objections indicate that IMAX staff were involved in the cover up of plaintiff's rape. Even if this is true, plaintiff is not suing "IMAX staff." Further, plaintiff has not shown how a transfer to a new facility or a telephone call to the prison by a court clerk is necessary.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #80) is approved and adopted as the opinion of the Court.

IT IS FURTHER ORDERED that plaintiff's motion for a temporary restraining order and request for an appointed attorney (Docket #74) is DENIED.

Dated: 3/8/2011    /s/ R. Allan Edgar
R. Allan Edgar
United States District Judge