UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL GRESHAM,

    Plaintiff,

v.                                                        Case No. 2:09-cv-231
                                                       HON. R. ALLAN EDGAR

JENNIFER M. GRANHOLM, et. al.,

    Defendants.
_____/

## **MEMORANDUM AND ORDER**

      Plaintiff Michael Gresham, a Michigan state prisoner in the custody of the Michigan Department of Corrections, brings this federal civil rights action under 42 U.S.C. § 1983. The Court has dismissed all of the plaintiff's claims except for the claims against remaining defendants David Peterson and Robert White. [Court Doc. No. 10].

      On June 7, 2012, the Court received a *pro se* motion from plaintiff Gresham containing multiple requests for relief. [Court Doc. No. 161]. Plaintiff Gresham moves for summary judgment under Fed. R. Civ. P. 56. He further requests a preliminary injunction under Fed. R. Civ. P. 65, appointment of counsel to represent him, discovery, and the imposition of sanctions against the defendants in connection with discovery.

      On July 31, 2012, Magistrate Judge Timothy P. Greeley submitted his report and recommendation that the entire multi-part motion be denied. [Court Doc. No. 194]. Plaintiff Gresham has not timely filed an objection to the report and recommendation.

      After reviewing the record, the Court accepts and adopts the Magistrate Judge's report and

recommendation pursuant to 28 U.S.C. § 636(b)(1). The plaintiff's motion [Court Doc. No. 161] is DENIED.

      SO ORDERED.

      Date: August 28, 2012.

                                */s/ R. Allan Edgar*
                                R. ALLAN EDGAR
                        UNITED STATES DISTRICT JUDGE