UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL GRESHAM,

    Plaintiff,

v.                                            Case No. 2:09-cv-231
                                              HON. R. ALLAN EDGAR

JENNIFER M. GRANHOLM, et al,

    Defendants.
_____/

## ORDER

There are three motions presently before the Court. Plaintiff Michael Gresham moves for a preliminary injunction under Fed. R. Civ. P. 65. [Court Doc. No. 222]. He moves for the appointment of counsel to represent him in this civil action. [Court Doc. No. 223]. Plaintiff Gresham also makes a redundant two-part motion wherein he again moves for a preliminary injunction and temporary restraining order under Fed. R. Civ. P. 65, and for appointment of counsel. [Court Doc. No. 225].

On November 14, 2012, Magistrate Judge Timothy P. Greeley submitted his report and recommendation that all of these motions be denied. [Court Doc. No. 228]. Plaintiff Gresham has filed objections supported by his affidavit. [Court Doc. Nos. 229, 230]. In his objections, plaintiff Gresham argues that the Court should immediately issue a preliminary injunction and temporary restraining order.

After reviewing the record *de novo*, the Court finds that the plaintiff's objections [Court Doc. Nos. 229, 230] are without merit and the objections are DENIED. The Court ACCEPTS and

1

ADOPTS the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). For the reasons expressed in the report and recommendation, plaintiff Gresham's motions [Court Doc. Nos. 222, 223, 225] are DENIED.

SO ORDERED.

Date: January 10, 2013.

                                        /s/ R. Allan Edgar
                                        R. ALLAN EDGAR
                               UNITED STATES DISTRICT JUDGE